UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
GEORGE PHILIPS,

                Petitioner,

  -against-

WILLIAM BROWN,

                Respondent.
----------------------------------------------------------x

**MEMORANDUM**
Case No. 08-CV-2625
Case No. 08-CV-2626

*Appearances:*

*For the Petitioner:*
HERALD PRICE FAHRINGER, ESQ.
ERICA DUBNO, ESQ.
Fahringer & Dubno
120 East 56th Street, Suite 1150
New York, NY 10022

GEORGE PHILIPS, *pro se*
#00AA2299
Eastern Correctional Facility
P.O. Box 338
Napanoch, NY 12458-0338

*For the Respondent:*
RICHARD BROWN, ESQ.
Queens County District Attorney
125-01 Queens Boulevard
Kew Gardens, NY 11415
By:   JOHN CASTELLANO, ESQ.
        KAREN WEISS, ESQ.
        Assistant District Attorneys

KATHLEEN RICE, ESQ.
Nassau County District Attorney
262 Old Country Road
Mineola, New York 11501
By:   JASON WEINSTEIN, ESQ.
        MARGARET MAINSUCH, ESQ.
        Assistant District Attorneys

**BLOCK, Senior District Judge:**

        On May 23, 2011, the Court denied George Philips's petitions for writs of *habeas corpus* pursuant to 22 U.S.C. § 2254. It did not issue a certificate of appealability because Philips did not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c).

On January 23, 2012, the Court denied Philips's *pro se* motion for reconsideration pursuant to Federal Rules of Civil Procedure 59(e) and 60(b). Although Philips did not request a certificate of appealability in connection with his motion, the Second Circuit Clerk's Office has asked the Court to consider whether to issue one *sua sponte*.

Having carefully reviewed the disposition of Philips's motion, the Court concludes that the motion did not make a substantial showing of the denial of a constitutional right. Accordingly, a certificate of appealability will not issue.

                                                                                            _____

FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
April 19, 2012